**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00928-REB

KERRY COURNOYER,

    Petitioner,

v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.
_____

MINUTE ORDER[1]
_____

    Petitioner's Motion for Permission to File Transverse/Reply Brief [#13], filed August 4, 2006, is GRANTED. Petitioner shall have up to and including **August 18, 2006**, in which to file it's transverse/reply brief.

Dated: August 7, 2006
-----------------------------------------------------------------------------------------------------------

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.