**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv-00928-REB

KERRY COURNOYER,

     Petitioner,
v.

JOE ORTIZ, Executive Director of the Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

     Respondents.
_____

**MINUTE ORDER**[1]
_____

     This matter is before me on the petitioner's **Motion To Determine Status** [#18] filed April 8, 2009. The motion is **GRANTED**. The court is aware that this matter is briefed fully. The court will issue an order addressing the petition as soon as practicable and in the near future.

     Dated: April 22, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.